AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| U.S. & STATE OF N.Y. EX REL. GEORGE R. VITO ) <br> *Plaintiff* ) <br> v. ) <br> JOSEPH R. CANZONERI, DPM et al. ) <br> *Defendant* ) | Case No.  1:20-cv-00505-LJV |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HEALOGICS, INC.   .

Date:   06/07/2021

/s/ Phoebe A. Wilkinson
*Attorney's signature*

Phoebe A. Wilkinson (2606713)
*Printed name and bar number*

Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017

*Address*

phoebe.wilkinson@hoganlovells.com
*E-mail address*

(212) 918-3000
*Telephone number*

(212) 918-3100
*FAX number*